IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON FREDERIC NELSON, | CASE NO. 1:06-cv-0107 AWI TAG |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL (Doc. 17) |
| vs. | |
| UNITED STATES DISTRICT COURT, etc. et al, | ORDER DENYING WITHOUT PREJUDICE MOTION FOR PROTECTIVE ORDER (Doc. 20) |
| | ORDER GRANTING REQUEST TO WITHDRAW MOTION FOR EXPENSES |
| Defendants. | (Doc. 21) |

Plaintiff Jon Frederic Nelson, proceeding pro se, commenced the instant civil rights action, pursuant to 42 U.S.C. § 1983, on February 2, 2006. (Doc. 1). The complaint alleges that Plaintiff's civil rights were violated when he was falsely arrested by Officer Mairs of the Bishop Police Department ("BPD") and incarcerated in the Inyo County Jail for ten days.[1] (Id.). Defendants filed separate answers to the complaint in which they admitted some of Plaintiff's allegations, denied others, and claimed that they lacked knowledge to respond to the remaining counts. (Docs. 8, 10). Both Defendants raised numerous affirmative defenses. (Id.).

On January 8, 2007, Plaintiff filed a "Motion to Answer Objections of Interrogatories by Defendants Attorney Richard R. Clouse," pursuant to Federal Rules of Civil Procedure 37(a), construed

---

[1] Officer Mairs is mentioned in the body of the complaint, not in the caption, and Nelson did not attempt to serve Mairs. (See Doc. 1; see generally docket sheet). The United States District Court was dismissed as a defendant on February 9, 2006. (Doc. 4, p. 3).

1

as a motion to compel BPD to answer the interrogatories propounded on it.[2]  (Doc. 17).  In his motion, Plaintiff contends that BPD objected to the interrogatories to the extent that they were directed to BPD Officers Doug Mairs and Kris Nelsen.  (Id. at p. 1).  On January 22, 2007, BPD moved for a protective order to preclude Plaintiff from propounding interrogatories on non-parties.  (Doc. 20).  BPD also filed a motion for expenses and attorneys fees that it had incurred by responding to Plaintiff's motion to compel, preparing its motion for a protective order, conferring with Plaintiff, and attending the hearing on the three motions.  (Doc. 21).

On February 5, 2007, the motions came on for a telephonic hearing at 9:30 a.m. before the Honorable Theresa A. Goldner, United States Magistrate Judge.  Plaintiff Jon Frederic Nelson appeared on behalf of himself, Attorneys Richard Clouse and Jonathan D. Holub appeared on behalf of BPD, and Attorney John Kirby appeared on behalf of Inyo County.  The Court first addressed Plaintiff's motion to comply and found that it had not been filed in accordance with the procedural requirements set forth in the Federal Rules of Civil Procedure and the Local Rules the Eastern District of California.  Accordingly, the Court denied Plaintiff's motion without prejudice.  The Court next found that BPD's motion for a protective order also was due to be denied without prejudice because the Court, which had not been provided a copy of the interrogatories, could not determine whether a protective order was warranted.  BPD subsequently withdrew its motion for expenses.

IT IS HEREBY ORDERED THAT:

1. Plaintiff Jon Frederic Nelson's motion to comply is DENIED WITHOUT PREJUDICE (Doc. 17);

2. Defendant Bishop Police Department's motion for a protective order is DENIED WITHOUT PREJUDICE (Doc. 20);

3. Defendant Bishop Police Department's request to withdraw its motion for expenses is GRANTED, and the motion is WITHDRAWN (Doc. 21); and

///

---

[2]  Richard Clouse is one of the attorneys representing BPD.  (See docket sheet).

1   4. The parties to this action are INSTRUCTED to familiarize themselves with the Federal Rules
2 of Civil Procedure and the Eastern District of California Local Rules, especially those relating to
3 discovery, disclosure, and the obligations to meet and confer.
4
5 IT IS SO ORDERED.
6 Dated:   **February 6, 2007**                                          **/s/ Theresa A. Goldner**
  **j6eb3d**                                                          UNITED STATES MAGISTRATE JUDGE

3