IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON FREDERIC NELSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES DISTRICT COURT,<br>et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-0107 AWI TAG<br><br>ORDER DENYING AS PREMATURE PLAINTIFF'S MOTION TO SET TRIAL (Doc. 12) |

　　　On October 23, 2006, Plaintiff Jon Frederic Nelson, proceeding pro se, moved to set a trial in the instant civil rights case. (Doc. 12). Defendant Bishop Police Department filed an opposing memorandum (Doc. 13), to which Plaintiff responded. (Doc. 15). A scheduling conference in this action is set for April 4, 2007 at 9:00 a.m. before United States Magistrate Judge Theresa A. Goldner (Doc. 16), during which Judge Goldner will confer with the parties and set a trial date, and other dates and deadlines. The parties are referred to Court's Order Setting Mandatory Scheduling Conference Requiring The Parties To Meet And Confer Pursuant to F.R.Civ.P. 26(f), and reminded to submit a timely joint scheduling report as described therein. (Doc. 16).

　　　Based on the foregoing, Plaintiff's motion to set a trial (Doc. 12) is DENIED as premature.

IT IS SO ORDERED.

Dated: **February 7, 2007**　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE