1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10

JON FREDERIC NELSON,

CASE NO. CV F 06-0107 LJO TAG

11

Plaintiff,

**ORDER TO SIGN AND RETURN**

12

vs.

**MAGISTRATE JUDGE CONSENT FORM**

13

INYO COUNTY SHERIFFS
DEPARTMENT, et al.,

14

15

Defendants.

_____/

16

     The parties consent to the conduct of all further proceedings, including trial, before United States

17

Magistrate Judge Dennis L. Beck. Accordingly, this Court ORDERS the parties' counsel to obtain a

18

Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is

19

available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court

20

further ORDERS the parties, no later than April 30, 2007, to sign, date and file the consent form.  If a

21

party is unable to obtain a consent form from the Court's webpage, that party shall contact the Court at

22

(559) 499-5680 for assistance.

23

     **The new case number shall be CV F 06-0107 DLB.  All further papers shall bear the new**

24

**case number.**

25

     IT IS SO ORDERED.

26

**Dated:    April 18, 2007**               **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

27

28

1