IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON FREDERIC NELSON, | CASE NO. CV F 06-0107 DLB |
| Plaintiff, | **ORDER CORRECTING SCHEDULING CONFERENCE ORDER** |
| vs. | |
| INYO COUNTY SHERIFFS DEPARTMENT, et al., | |
| Defendants. / | |

This Court issued an April 19, 2007 scheduling conference order. The first page of the order included the correct dates and times for the pretrial conference and trial. Page 4 of the order referred to different, incorrect dates for the pretrial conference and trial. The correct date for the pretrial conference is **December 21, 2007 at 1:30 p.m.** in Department 9 (DLB) of this Court. The correct date for the trial is **February 5, 2008 at 9 a.m.** in Department 9 (DLB) of this Court.

This Court apologizes for the errors at page 4 of the scheduling conference order.

**IT IS SO ORDERED.**

**Dated:   April 20, 2007**                        **/s/ Lawrence J. O'Neill**
                                                   **UNITED STATES DISTRICT JUDGE**

1