# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON FREDERIC NELSON, | ) 1:06cv0107 DLB |
|       Plaintiff, | ) ORDER DECLARING THAT APPEAL HAS <br> ) NOT BEEN TAKEN IN GOOD FAITH |
| v. | ) |
| INYO COUNTY SHERIFFS DEPARTMENT, et al., | ) |
|       Defendants. | ) |

On November 7, 2007, the Ninth Circuit Court of Appeals referred this matter to this Court for the limited purpose of determining whether Plaintiff Jon Frederick Nelson's ("Plaintiff") appeal has been taken in good faith.  See 28 U.S.C. § 1951(a)(3).

The Court finds that this appeal has not been taken in good faith for numerous reasons. First, Plaintiff named municipal Defendants City of Bishop and County of Inyo, without alleging Monell claims and without making any attempt to amend his complaint.

Second, Plaintiff stubbornly and unreasonably refused to attend his deposition, and made no attempt to contact defense counsel to resolve the issue.

Third, and perhaps most importantly, Plaintiff admitted at the hearing on Defendants' motion for summary judgment that he *had no idea* what witnesses told the officers at the scene**.** Without this information, including the content of the victim's own statements to officers, Plaintiff was wholly unable to challenge the probable cause finding.

1

For the reasons cited above, the Court finds that Plaintiff's appeal is not taken in good faith.

IT IS SO ORDERED.

Dated:   **November 13, 2007**              _____/s/ **Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE